IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALVIN EDMOND,** | : | |
| | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | No. 11-6675 |
| **MICHAEL ASTRUE,** | : | |
| Commissioner of Social Security | : | |
| | : | |

## ORDER

**AND NOW**, this 19th day of September, 2012, upon careful and independent consideration, the record reveals that the record does not contain substantial evidence to support the ALJ's findings of fact and conclusions of law. As a result, this action must be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). Therefore it is hereby **ORDERED** that:

1. The Report and Recommendation, to which no objection was filed, is **APPROVED AND ADOPTED**;

2. The decision of the Commissioner of Social Security is **REVERSED** for the purposes of this remand only and the relief sought by Plaintiff is GRANTED to the extent that the matter is **REMANDED** for further proceedings consistent with this adjudication;

3. The Clerk of the Court is hereby directed to mark this case closed.

AND IT IS SO ORDERED.

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.